Frank A. Rose, appellee, v. Walter H. Ericsson, appellant. Gen. No. 36,573.

Heard in the third division of this court for the first district at the February term, 1933. Opinion filed March 14, 1934. Rehearing denied March 30, 1934.

Schuyler, Weinfeld & Hennessy, for appellant; Philip A. Gibbons, of counsel. Spencer, Bryan & O'Callaghan, for appellee; James A. O'Callaghan, of counsel.

Mr. Presiding Justice Hall delivered the opinion of the court.

Maurice Weisz, appellee, v. Silver Creek Coal Company, appellant. Gen. No. 36,583.

Heard in the third division of this court for the first district at the February term, 1933. Opinion filed March 14, 1934.

Murphy O. Tate and Daniel L. Madden, for appellant; Leo M. Tarpey, of counsel. Abraham Lepine, for appellee; F. O. Terbell, of counsel.

Mr. Presiding Justice Hall delivered the opinion of the court.

Edward Menkin, appellee, v. Muriel Connelly and Herman F. Winkelman, defendants, on appeal of Herman F. Winkelman, appellant. Gen. No. 36,592.

Heard in the third division of this court for the first district at the February term, 1933. Opinion filed March 14, 1934. Rehearing denied March 30, 1934.

David Lipman, for appellant. R. B. Salmon, for appellee.

Mr. Presiding Justice Hall delivered the opinion of the court.

Paulina Ruzelowicz, appellee, v. Harry Ruzelowicz, appellant. Gen. No. 36,647.

Heard in the third division of this court for the first district at the April term, 1933. Opinion filed March 14, 1934.

Kasimir P. Gugis, for appellant; Abraham Miller and George J. Menkas, of counsel. A. & D. B. Rothstein, for appellee; David B. Rothstein, of counsel.

Mr. Presiding Justice Hall delivered the opinion of the court.